**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Galleria Pain Physicians, PLLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-3970260** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6700 West Loop South, #225, Bellaire, TX 77401** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris County** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Debtor   **Galleria Pain Physicians, PLLC**         Case number (*if known*) _____
      Name

---

**7.** **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

Debtor   **Galleria Pain Physicians, PLLC**                           Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____
         Contact name       _____
         Phone              _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Galleria Pain Physicians, PLLC**                                                    Case number (*if known*)
          Name

| | | | | | |
|---|---|---|---|---|---|
| ☐ | $50,001 - $100,000 | ☐ | $10,000,001 - $50  million | ☐ | $1,000,000,001 - $10 billion |
| ☐ | $100,001 - $500,000 | ☐ | $50,000,001 - $100 million | ☐ | $10,000,000,001 - $50 billion |
| ☐ | $500,001 - $1 million | ☐ | $100,000,001 - $500 million | ☐ | More than $50 billion |

| Debtor | **Galleria Pain Physicians, PLLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/11/2024
                      MM / DD / YYYY

DocuSigned by:

X *Brent Callister*
      6D050E52BC8341F
      Signature of authorized representative of debtor

**Brent Callister**
Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

X    /s/ Matthew E. McClintock                                    Date    01/11/2024
      Signature of attorney for debtor                                             MM / DD / YYYY

**Matthew E. McClintock**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**111 W Washington Street**
**Suite 1221**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 337-7700**          Email address    **mattm@goldmclaw.com**

**6280574 IL**
Bar number and State

**RESOLUTION**
of
**Galleria Pain Physicians, PLLC**
**(a Texas Professional Limited Liability Company)**

**Effective as of January 8, 2023**

WHEREAS, the undersigned, being the sole Managing Member of Galleria Pain Physicians, PLLC, a Texas Professional Limited Liability Company (the "*Company*"), has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions:

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Managing Member, it is desirable and in the best interest of the Company, its creditors, member, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), Subchapter V, in the United States Bankruptcy Court for the Southern District of Texas (the "*Bankruptcy Court*");

RESOLVED FURTHER, that Brent Callister (the "*Authorized Representative*") is hereby authorized and directed, on behalf of the Company, to execute the Petition and/or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Representative considers appropriate;

RESOLVED FURTHER, that the Authorized Representative shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Representative may deem necessary, proper, or desirable in connection with the Petition, including any supporting declarations;

RESOLVED FURTHER, that the Authorized Representative is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative, and any employees or agents (including counsel) designated by or directed by such Authorized Representative, shall be, and each hereby is, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions as, in the judgment of such Authorized Representative, shall be necessary, proper, and desirable (i) to prosecute to a successful completion the Company's chapter

11 case, (ii) to effectuate the restructuring of the Company's debt and other obligations, organizational form and structure, and ownership of the Company and its assets, consistent with the foregoing resolutions, and (iii) to carry out and put into effect the purposes of and the transactions contemplated by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Representative or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

**John J. Rush, MD MBA, not individually, but solely in his capacity as the sole Managing Member of Galleria Pain Physicians, PLLC**

DocuSigned by:

*John J. Rush, MD*

A46F9CAE0E9E4EA...

_____

John J. Rush, MD MBA

# United States Bankruptcy Court
## Southern District of Texas

In re   __Galleria Pain Physicians, PLLC__                                      Case No. _____

                                                                Debtor(s)                Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Galleria Pain Physicians, PLLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__01/11/2024__
Date

/s/ Matthew E. McClintock
**Matthew E. McClintock**
Signature of Attorney or Litigant
Counsel for   **Galleria Pain Physicians, PLLC**
**Goldstein & McClintock LLLP**
**111 W Washington Street**
**Suite 1221**
**Chicago, IL 60602**
**(312) 337-7700 Fax:(312) 277-2305**
**mattm@goldmclaw.com**

Fill in this information to identify the case:

Debtor name   **Galleria Pain Physicians, PLLC**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arthritis Knee Pain Centers-Corporate 24624 Interstate 45, STE 125 Spring, TX 77386** | | **Professional Services** | | | | $128,058.54 |
| **Asahi Intecc USA 22 Executive Park suite 110, Irvine, CA 92614** | **Khalida Nyeazi** <br><br> customercare@asahiinteccusa.freshdesk.com <br> 8552869473 | **Trade debt** | | | | $10,175.51 |
| **BAM Healthcare PO Box 470 Elmendorf, TX 78112** | **Angela** <br><br> Angela@bamhcsolutions.com <br> 2106859650 | **Trade debt** | | | | $143,825.30 |
| **Besse Medical 345 International Drive, Suite 400a Brooks, KY 40109** | accountreceivables@amerisourcebergen.com <br> 800-543-2111 | **Trade debt** | **Debtor disputes validity of purported security interest in assets** | | | $104,552.73 |
| **BioTissue Surgical 7300 Corporate Center Dr., Ste 70 Miami, FL 33126** | **Yiset Arafet** <br><br> yarafet@biotissue.com <br> 3054557301 | **Trade debt** | | | | $$8,225.00 |
| **Bioventus LLC 1900 Charles Bryan Road Suite 275 Dallas, TX 75373** | **Ed Lucas** <br><br> ed.lucas@bioventus.com 8008364080 | **Trade debt** | | | | $$96,726.10 |
| **Caliber Healthcare Solutions, LLC PO Box 715806 Cincinnati, OH 45271** | **Shawna Leftwich** <br><br> Shawna.Leftwich@caliberhealth.com 8178526696 | **Trade debt** | | | | $15,000.00 |

Case 24-30130   Document 1   Filed in TXSB on 01/11/24   Page 10 of 23

Debtor  **Galleria Pain Physicians, PLLC**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CuraScript SD** PO Box 978510 Dallas, TX 75397 | Viridiana Carmona-Barrera Viridiana.Carmona-Barrera@curascript.com 3148471959 | **Trade debt** | | | | $72,553.22 |
| **Echo Media** 2400 Herodian Way Suite 155. Smyrna, GA 30080 | Lisa Bell lbell@echo-media.com (770) 955-3535 | **Trade debt** | | | | $29,936.67 |
| **GE Healthcare** 62665 Collections Center Dr. Chicago, IL 60693 | Tarun Kumar Tarun.kumar@ge.com (888) 727-9958 | **Trade debt** | | | | $13,509.60 |
| **Holdsworth & Nicholas** 6102 Broadway Suite B3 San Antonio, TX 78209 | Sue Holdsworth hn@holdsworthnicholas.com 2103670162 | **Trade debt** | | | | $78,648.83 |
| **Jefferson Medical & Imaging, Inc** 5470 Berkshire Valley Rd Oak Ridge, NJ 07438 | Stephanie Wendling swendling@jeffmed.com 800-935-0427 x224 | **Trade debt** | | | | $28,684.00 |
| **Johnson & Johnson** P.O. Box 406663 Atlanta, GA 30384 | Deb Robar DRobar@its.jnj.com 8005547899 | **Trade debt** | | | | $98,738.00 |
| **Merit Medical Systems Inc** PO Box 204842 Dallas, TX 75320 | Cheryl Motzkus cmotzkus@merit.com 8012084498 | **Trade debt** | | | | $103,965.34 |
| **OrthogenRX Inc.** PO Box 754 Souderton, PA 18964-0754 | Chelsey Ringo chelsey.ringo@cordlogistics.com 6152131384 | **Trade debt** | | | | $175,280.00 |
| **Radiance Medical Services** 2108 W 33rd St Panama City, FL 32405 | Mia Arafa admin@radiancemedservices.com (850) 481-6124 | **Trade debt** | | | | $22,370.28 |

Debtor   **Galleria Pain Physicians, PLLC**
        Name                                               Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sanofi Genzyme 450 Water Street Cambridge, MA 02142** | **Keilone Gordon**<br><br>**keilone.gordon@sanofi.com 8323170404** | **Trade debt** | | | | **$92,024.00** |
| **U.S. Small Business Association 2 20th St N Unit #325 Birmingham, AL 35203** | **answerdesk@sba.gov** | **Loan** | | **$208,848.47** | **Unknown** | **$208,848.47** |
| **VQ Orthocare 3187 Red Hill Ave, Suite 150 Costa Mesa, CA 92626** | **Lisa Hiatt**<br><br>**LHiatt@vqorthocare.com 8006521135** | **Trade debt** | | | | **$9,179.62** |
| **Woodlands Health Group 24624 Interstate 45, STE 125 Spring, TX 77386** | **Daniel Poche**<br><br>**dpoche@akpccorp.com 8327984435** | **Trade Debt** | | | | **$57,388.12** |

Acutrans
PO Box 3311
Orland Park, IL 60462

Alexandra Arana
39531 Swain Ln
Brookshire, TX 77423

Aqua Chill
307 Main St Suite 204
Antioch, IL 60002

Arthritis Knee Pain Centers-Corporate
24624 Interstate 45, STE 125
Spring, TX 77386

Asahi Intecc USA
22 Executive Park suite 110,
Irvine, CA 92614

AT&T
PO Box 5001
Carol Stream, IL 60197

BAM Healthcare
PO Box 470
Elmendorf, TX 78112

Beatriz Jimenez
2715 FIELDCROSS LANE
Houston, TX 77047

Besse Medical
345 International Blvd Ste 400a
Brooks, KY 40109


BioTissue Surgical
7300 Corporate Center Dr., Ste 70
Miami, FL 33126


Bioventus LLC
P.O. Box 732823
Dallas, TX 75373


BOSTON SCIENTIFIC
PO Box 951653
Dallas, TX 75395


Caliber Healthcare Solutions, LLC
PO Box 715806
Cincinnati, OH 45271


Call Tracking
231 Najoles Road, Ste 600
Millersville, MD 21108


Camille Scott
12007 Ridgewood Hill Dr
Houston, TX 77051


Cardinal Health
PO Box 754
Souderton, PA 18964-0754

DocuSign Envelope ID: 07B6194C-D5D9-4659-B483-F195B2990B71

Carestream Medical
200 Technology Park, Ste 1040
Lake Mary, FL 32746


Clear Creek ISD Tax Office
2425 E. Main
League City, TX 77573


Clint Pharmaceuticals
629 Shute Lane
Old Hickory, TN 37138


Comcast Business
PO BOX 60533
City of Industry, CA 91716


Cordis
Atlanta Lockbox, PO Box 748602
Atlanta, GA 30374


CuraScript SD
PO Box 978510
Dallas, TX 75397


CureMD
PO BOX 22766
New York, NY 10087


Daisy Ramos
658 REGAL STREET
Houston, TX 77034

Darwin Smith
10906 Mackenzie Dr
Houston, TX 77086


Debora Karlson
18 Flounder Cir
Freeport, TX 77541


Destiny Trevino
6102 Flagg Ranch Dr
Spring, TX 77388


Echo Media
 2400 Herodian Way Suite 155.
Smyrna, GA 30080


Elia Pena
917 Ashland Blvd
Channelview, TX 77530


Fabiola Nino
25422 Queens Causeway Ln
Katy, TX 77493


Flexion Theraputics
PO Box 207194
Dallas, TX 75320


GE Healthcare
62665 Collections Center Dr.
Chicago, IL 60693

Graybar FIn Serv
PO BOX 5066
Hartford, CT 06102


Harris County Tax Assessor
PO Box 922007
Houston, TX 77292


Healthpeak Properties, Inc./Lincoln Harr
PO Box 741047
Los Angeles, CA 90074


Henry Schein
Dept CH 10241
Palatine, IL 60055


Holdsworth & Nicholas
6102 Broadway Suite B3
San Antonio, TX 78209


HTA - ST. CATHERINE MOB 2, LLC/Healthcar
PO Box 561549
Denver, CO 80256


HTA – St. Catherine MOB 2, LLC
707 South Fry Road
 Suite 290
Katy, TX 77450


Jefferson Medical & Imaging, Inc
 5470 Berkshire Valley Rd
Oak Ridge, NJ 07438

Jennifer Escobar
2715 Fieldcross Ln
Houston, TX 77047


Joana Vazquez
6418 Jordan Fall Dr
Houston, TX 77085


Johnson & Johnson
P.O. Box 406663
Atlanta, GA 30384


Landauer
P.O. BOX 809051
Chicago, IL 60680


LeaseDirect/Hologic
1111 Old Eagle Schhool Rd
Wayne, PA 19087


Luis Alaniz
3310 Space Center Blvd Trlr #121
Pasadena, TX 77505


Marshall Shred
PO Box 91139
San Antonio, TX 78209


Medical & Radiation Physics, Inc.
P.O. Box 790925
San Antonio, TX 78279

```
Medline Industries
Dept 1080, PO Box 121080
Dallas, TX 75312-1080



Medsharps
PO Box 91139
San Antonio, TX 78209



Melissa Gause
2536 Knoxville Dr
League City, TX 77573



Merit Medical Systems Inc
PO Box 204842
Dallas, TX 75320



Mr Crash Cart/Northwind Pharma
PO Box 963
Indianapolis, IN 46206



Nalu Medical
Dept 0245, PO Box 120245
Dallas, TX 75312



Nieto Technology Partners, LLC
23707 West Hardy Rd, Ste A
Spring, TX 77373



Northwind Pharm
PO Box 963
Indianapolis, IN 46206
```

Norvin Pin Oak NORTH LLC
 6700 West Loop South
Suite 225
Bellaire, TX 77401


Norvin Pin Oak North, LLC/Transwestern
FBO Goldman Sachs Mortgage, P.O. Box 193
Hicksville, NY 11802


ODP Business Solutions LLC
3151 CAPITAL CIRCLE NE
Tallahassee, FL 32308


ODP Solutions (Office Depot)
PO Box 660113
Dallas, TX 75266


OnePlace Capital
ATTN Loan Processing, 1920 Center Creek
Fairmont, MN 56031


OrthogenRx Inc.
PO Box 754
Souderton, PA 18964-0754


Oscar Hernandez
17330 GAUCHO DR
Houston, TX 77083


Paychex Inc.
911 Panorama Trail South
Rochester, NY 14625

PlainsCapital Bank
PO Box 271
Lubbock, TX 79408

Plymouth Medical
135 Plymouth Street #410
Brooklyn, NY 11201

QuickBooks Payroll Service
2800 E. Commerce Center Place
Tucson, AZ 85706

Radiance Medical Services
2108 W 33rd St
Panama City, FL 32405

Samantha Cao
8723 Timber Knoll Dr
Missouri City, TX 77459

Sanofi Genzyme
450 Water Street
Cambridge, MA 02142

SpectrumVoIP
P.O. Box 733619
Dallas, TX 75373

State Farm
3539 Oakgate Dr
San Antonio, TX 78230

Stryker Flex Financial
25652 Network Place
Chicago, IL 60673


Stryker Sales Corporation
2825 Airview Boulevard
Portage, MI 49002


Stryker Sales, LLC
21343 Network Place
Chicago, IL 60673


TMLT Insurance
ATTN: Account Receivble-Payable, PO Box
Austin, TX 78716


U.S. Small Business Association
Fort Worth, TX 76155


Varian Medical Systems Inc
70140 Network Place
Chicago, IL 60673


Vasorum USA, Inc
PO Box 31095
Charlotte, NC 28231


VQ Orthocare
3187 Red Hill Ave, Suite 150
Costa Mesa, CA 92626

DocuSign Envelope ID: 07B6194C-D5D9-4659-B483-F195B2990B71

VREC II – LO Webster MOB SPE, LP
25 Medical Center Boulevard
Suite 230
Webster, TX 77598


Woodlands Health Group
24624 Interstate 45, STE 125
Spring, TX 77386


Xerox Financial Services
PO BOX 690572
Houston, TX 77269


Zehra Hooda
127 CROWN ESTATE WAY
Sugar Land, TX 77498


Zimmer Biomet
PO Box 840166
Dallas, TX 75284

| Fill in this information to identify the case: |
| --- |

Debtor name    **Galleria Pain Physicians, PLLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/11/2024          X  *Brent Callister*
                                              DocuSigned by:
                                              6005CE526C8341F
                                        Signature of individual signing on behalf of debtor

                                        **Brent Callister**
                                        Printed name

                                        **Authorized Representative**
                                        Position or relationship to debtor